JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETSY BLACK,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>THE HOME DEPOT U.S.A., INC. and DOES 1 TO 20,<br><br>　　　Defendants. | Case No: 2:17-cv-00934 MWF(PLAx)<br><br>[LOS ANGELES SUPERIOR COURT ACTION NO. BC643104]<br>(Complaint filed on December 8, 2016)<br><br>[PROPOSED] ORDER RE: DISMISSAL OF ENTIRE ACTION<br><br>Trial Date: June 19, 2018 |

In light of the parties' Joint Stipulation re: Request for Dismissal, and for good cause shown, the Court hereby ORDERS that the action be deemed dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

DATED: December 8, 2017　　　　　　　　　／s／ *Michael W. Fitzgerald*

　　　　　　　　　　　　　　　　　　Hon. Michael W. Fitzgerald
　　　　　　　　　　　　　　　　　　United States District Judge

-1-

J:\WPDOCs\Black, B. v. Home Depot\Black Joint Stip to Dismiss-PO.docx　37600129　[Proposed] Order Re Dismissal of Entire Action